UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br>v.<br><br>Charvis Bo Ikaikakekoanui Makanaokeakua Ayers,<br><br>    Defendant | Case No.: 2:25-cr-00301-JAD-NJK<br><br>**Order Denying Pro se Request for Relief and Denying as Moot Government's Motion to Strike**<br><br>[ECF Nos. 19, 20] |

Charvis Bo Ikaikakekoanui Makanaokeakua Ayers is charged with one count of kidnapping and two counts of prohibited person in possession of a firearm.[1] During Ayers's initial appearance, the court appointed the Federal Public Defender's office as his counsel.[2] But on November 3, 2025, Ayers mailed a pro se letter to the court, asking for various relief. Because I find that the document violates Local Rule IA 11-6(a), I deny the request for relief and deny as moot the government's motion to strike the letter.

## Discussion

"It is well established that district courts have inherent power to control their docket," including the power to strike improperly filed items from the record.[3] This district's local rules provide that "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a [person], [he] may not personally file a document with the court; all filings must thereafter be made by the

---

[1] ECF No. 6.

[2] ECF No. 8; ECF No. 12.

[3] *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010).

attorney."[4]  **Because counsel has been appointed to represent Ayers, he is advised that he may not personally file documents with the court.**  Instead, he must ask his lawyer to seek relief on his behalf.

**Conclusion**

IT IS THEREFORE ORDERED that Ayers's pro se request **[ECF No. 19] is DENIED.** IT IS FURTHER ORDERED that the government's motion to strike **[ECF No. 20] is DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
November 19, 2025

---

[4] L.R. IA 11-6(a).

2